ATTORNEY'S NAME: Oestreicher II, David  10168
AND ADDRESS:
                New Orleans    LA 70130-2224

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO:    2011 -- 00661    1                                                  SECTION:    7 - E

EARLS, RYAN VERSUS MEDTEC AMBULANCE CORPORATION    ET AL

## CITATION

TO: MEDTEC AMBULANCE CORPORATION
     THROUGH: THEIR AGENT FOR SERVICE: CT CORPORATION SYSTEMS
     5615 CORPORATE BLVD., STE. 400B

     BATON ROUGE                    LA    70808

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
**FOR DAMAGES**

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

****************************************************************************************
### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529 - 1000 for more information.

COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE
****************************************************************************************

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    January 26, 2011

Clerk's Office, Room 402, Civil Courts Building,                    DALE N. ATKINS, Clerk of
421 Loyola Avenue                                                                  The Civil District Court
New Orleans, LA                                                                        for the Parish of Orleans
                                                                                                State of LA
                                                                                                by _____
                                                                                                                       Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ | On this _____ day of _____ |
| _____ served a copy of the w/i petition | _____ served a copy of the w/i petition |
| FOR DAMAGES | FOR DAMAGES |
| On<br>MEDTEC AMBULANCE CORPORATION | On<br>MEDTEC AMBULANCE CORPORATION |
| THROUGH: THEIR AGENT FOR SERVICE: CT CORPORATION SYSTEMS | THROUGH: THEIR AGENT FOR SERVICE: CT CORPORATION SYSTEMS |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ |
| Returned same day<br>                              No. | a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ |
| Deputy Sheriff of _____ | MEDTEC AMBULANCE CORPORATION |
| Mileage: $_____ | |
| _____ / ENTERED / _____<br>PAPER                                   RETURN | being absent from the domicile at time of said service.<br>Returned same day<br>                                  No. |
| _____ / _____ / _____<br>SERIAL NO.    DEPUTY    PARISH | Deputy Sheriff of _____ |

**EXHIBIT "A"**

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NUMBER: 11-661          DIVISION " "

RYAN EARLS

VERSUS

MEDTEC AMBULANCE CORPORATION and XYZ INSURANCE COMPANY

FILED:_____ DEPUTY CLERK:_____
*************************************************************************

### PETITION FOR DAMAGES

NOW INTO COURT through undersigned counsel, comes **RYAN EARLS**, a person of the full age of majority, resident of the Parish of Orleans, State of Louisiana, and who would respectfully aver:

1.

Made defendant herein is as follows:

a. **MEDTEC AMBULANCE CORPORATION** upon and belief a foreign corporation licensed to do, and doing business in the State of Louisiana;

b. **XYZ INSURANCE COMPANY** which at all times had general liability insurance for **MEDTEC AMBULANCE CORPORATION**, for the matters set for and complained about herein.

2.

Upon information and belief, **MEDTEC AMBULANCE CORPORATION** has a principal place of business in Goshen, Indiana.

3.

Upon information and belief, **MEDTEC AMBULANCE CORPORATION** was the manufacturer of an ambulance that had been purchased by the New Orleans EMS Station. More particularly, the Medtec Ambulance in question was Unit 3215, which had approximately 3,000 miles on its odometer at the time of the incident set forth below.

4.

That on or about December 12, 2010, **RYAN EARLS**, was assigned to New Orleans EMS Unit 3215, with another New Orleans Emergency Medical Technician, Matt Alewine, and at about 4:00 a.m., they answered a call for services for a black male who had sustained multiple gunshot wounds and they responded appropriately.

5.

At the time of the accident, **RYAN EARLS** was working in the rear section of the ambulance while his partner, Matt Alewine, was driving the Medtec vehicle.

6.

The ambulance was headed toward University Hospital and **RYAN EARLS** was attempting to get an intravenous line into the gunshot victim.

7.

The seat on which Mr. Earls was sitting had been checked and secured before his shift commenced.

8.

While trying to set the IV, the seat on which Mr. Earls was sitting suddenly and without warning became detached, and/or malfunctioned and **RYAN EARLS** fell into the rear compartment located beneath the seat, injuring his back and person.

9.

When the seat malfunctioned, **RYAN EARLS**, landed rear-end first into well of the vehicle striking his back on the lip of the seat as well as metal objects in the compartment under the seat.

10.

Upon arrival at University Hospital Emergency Room, it was necessary that his partner, Mr. Alewine, to remove the patient from the ambulance by himself.

11.

That upon information and belief, the Medtec Ambulance was defective and faulty herein, in the following non-exclusive list of particulars:

a. That it represented a dangerous instrumentality to the emergency medical personnel and individuals that operated the ambulance;

b. That the defect was not discernable and presented an unreasonable risk of harm;

c. That the seat and attachments were improperly manufactured and was improperly secured and presented a real danger to persons seated thereon;

d. That defendant is liable herein for other acts of negligence all of which are in violation of the laws of the State of Louisiana herein.

12.

As a result of the accident, **RYAN EARLS** sustained a serious lower back injury which has caused him the following, problems, to-wit:

a. Pain and Suffering – Past, Present and Future;

b. Loss of Enjoyment of Life – Past, Present and Future;

c. Medical Expenses – Past, Present, and Future;

d. Disability causing Lost Wages – Past, Present and Future;

e. Mental Anguish – Past, Present and Future;

f. Other damages which will be shown at the trial of this matter;

g. Petitioner reserves the right to amend this petition to add any and all other damages that might occur in the future as a result of this.

WHEREFORE after due proceedings be had let there be judgment in favor of petitioner, **RYAN EARLS**, and against **MEDTEC AMBULANCE CORPORATION** and its liability insurer to be named, as well as for all damages set for above, and for any and all general and equitable relief.

Respectfully Submitted,

_____
DAVID W. OESTREICHER, II
BAR ROLL NUMBER 10168
307 Exchange Place
New Orleans, LA 70130

PLEASE SERVE:

MEDTEC AMBULANCE CORPORATION
Through their agent for service
C T CORPORATION SYSTEMS
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

XYZ Insurance Company (HOLD SERVICE)

A TRUE COPY

_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NUMBER:                                                                                          DIVISION " "

RYAN D. EARLS

VERSUS

MEDTEC AMBULANCE CORPORATION and XYZ INSURANCE COMPANY

FILED:_____ DEPUTY CLERK:_____
*******************************************************************************

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

Before me, the undersigned authority, personally appeared **RYAN EARLS**, who, being first duly sworn, deposed:

1. That he is the petitioner in the foregoing petition;

2. That all the allegations of fact made in the petition are true, except those allegations expressly made on information and belief; and

3. That, as to these, affiant believes them to be true.

**RYAN EARLS**

Sworn before me, a Notary Public, this the 19th day of January, 2010.

**DAVID W. OESTREICHER, II (10168)**

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

CASE NUMBER: DIVISION " "

RYAN D. EARLS

VERSUS

MEDTEC AMBULANCE CORPORATION and XYZ INSURANCE COMPANY

FILED:_____  DEPUTY CLERK:_____
*****************************************************************************

### REQUEST FOR WRITTEN NOTICE

NOW INTO COURT through undersigned counsel, comes plaintiff, **RYAN EARLS**, who in accordance with the provisions of Article 1913 and 1914 of the Louisiana Code of Civil Procedure, respectfully requests the clerk to give ten (10) days written notice of signing of any order or judgment herein.

Plaintiff also respectfully requests written notice of the trial date set for the captioned lawsuit, or the date set for trial of any pleadings or motions therein, at least ten (10) days prior to any trial date pursuant to Article 1572 of the Louisiana Code of Civil Procedure.

Respectfully Submitted,

_____
David W. Oestreicher, II
Bar No. 10168
307 Exchange Alley
New Orleans, LA 70130
(504) 529-7662